FILED

AUG 13 2009

CLERK
NORTHERN DISTRICT
SAN JOSE CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 09-00237 PVT |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER |
| v. | ) | |
| DANIELLE M. HEVIA, | ) | |
| Defendant. | ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the sentencing hearing in the above-captioned matter shall be continued from August 19, 2009 to October 22, 2009 at 11:00 a.m.

Dated: August 13, 2009

_____
HONORABLE PATRICIA V. TRUMBULL,
United States Magistrate Judge

ORDER CONTINUING HEARING
No. CR 09-00237-PVT                    1